# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Atlas Capital Management, L.P. as general partner of Atlas Allocation Fund, L.P.<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Henrik Fisker, Bernhard Koehler, Joe Damour, Peter McDonnell, Kleiner Perkins Caufield & Byers, Ray Lane, Keith Daubenspeck, Richard Li Tzar Kai, and Ace Strength, Ltd.,<br><br>　　　　　Defendants. | Case No.: 13-cv-02100-SLR |
| CK Investments LLC, David W. Raisbeck, Hunse Investments, L.P., Southwell Partners, Sandor Master Capital Fund, John S. Lemak, Pinnacle Family Office Investments, L.P., Dane Andreeff, SAML Partners, Kenneth & Kimberly Roebbelen Revocable Trust Of 2001, and Brian Smith<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Henrik Fisker, Bernhard Koehler, Joe Damour, Peter McDonnell, Kleiner Perkins Caufield & Byers, Ray Lane, Keith Daubenspeck, Richard Li Tzar Kai, and Ace Strength, Ltd.,<br><br>　　　　　Defendants. | Case No.: 14-cv-00118-SLR |

Caption continued on next page

| | |
|---|---|
| PEAK6 Opportunities Fund L.L.C., 8888 Investments GmbH, MCP Fisker L.L.C., 12BF Global Investments, Ltd, and ASC Fisker, L.L.C.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Henrik Fisker, Bernhard Koehler, Joe Damour, Peter McDonnell, Kleiner Perkins Caufield & Byers, Ray Lane, Keith Daubenspeck, Richard Li Tzar Kai, and Ace Strength, Ltd.,<br>　　　　　　Defendants. | Case No.: 14-cv-00119-SLR |

## STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS

WHEREAS, the following actions currently are pending in this Court: *Atlas Capital Management, L.P., et al. v. Fisker, et al.*, No. 13-cv-02100-SLR (the "Atlas Action"); *CK Investments LLC, et al. v. Fisker, et al.*, No. 14-cv-00118-SLR (the "CK Investments Action"); and *PEAK6 Opportunities Fund L.L.C., et al. v. Fisker, et al.*, No. 14-cv-00119-SLR (the "PEAK6 Action").

WHEREAS, the Atlas Action, CK Investments Action, and PEAK6 Action each arise from the same transactions and events, allege substantially similar causes of action and name the same defendants.

WHEREAS, counsel for Plaintiffs in the Atlas Action, CK Investments Action, and PEAK6 Action (collectively, "Plaintiffs") have met and conferred with counsel for the undersigned Defendants, who have agreed that the Atlas Action, CK Investments Action, and PEAK6 Action should be consolidated; and

WHEREAS, counsel for the undersigned Defendants advise that they have been told by counsel for Richard Li and Ace Strength, Ltd. that the terms of the stipulation are acceptable to Richard Li and Ace Strength, Ltd.;

2

**NOW THEREFORE**, the parties hereby stipulate as follows, subject to the approval of the Court:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions shall and the same hereby be consolidated for all purposes (the "Consolidated Action").

2. All papers filed in connection with the Consolidated Action shall be filed under *In re Fisker Automotive Holdings, Inc. Shareholder Litigation*, No. 13-cv-02100-SLR.

3. All documents previously filed and served to date in any of the cases consolidated herein are deemed filed and served and are a part of the record in the Consolidated Action.

4. All related actions subsequently filed in, or transferred to, this district shall be consolidated into the Consolidated Action, and shall be governed by this Order, absent other order of this Court. Any party to such an action objecting to consolidation, or to any provision of this Order, not less than 10 days after the date a copy of this Order is sent to it or its counsel, shall file a motion setting forth such objections.

5. Plaintiffs shall file a consolidated complaint ("Consolidated Complaint") on or before July 23, 2014.

6. Defendants shall respond to the Consolidated Complaint on or before September 5, 2014.

7.  In the event that Defendants file any motion directed at the Consolidated Complaint, the opposition brief shall be filed on or before October 15, 2014, and any reply brief shall be filed on or before November 5, 2014.

Dated: June 27, 2014

/s/ Norman M. Monhait
Norman M. Monhait, Esq. (#1040)
P. Bradford deLeeuw (#3569)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
Tel: (302) 656-4433
Fax: (302) 658-7567

*Attorneys for Plaintiffs*

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19889
Tel: (302) 351-9294
Fax: (302) 425-3013

Michael D. Celio (Pro Hac Vice)
Laurie Carr Mims (Pro Hac Vice)
Sophie A. Hood (Pro Hac Vice)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188

*Attorneys for Defendants Kleiner Perkins Caufield & Byers and Ray Lane*

/s/ Ian R. Liston
Ian R. Liston (#5507)
WILSON SONSINI GOODRICH & ROSATI, PC
Eight West Laurel St
Georgetown, DE 19947
Tel: (302) 856-4252
Fax: (650 493-6811

David J. Berger (Pending admission Pro Hac Vice)
Steven Guggenheim (Pending admission Pro Hac Vice)
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants Henrik Fisker and Bernhard Koehler*

/s/ Vernon R. Proctor
Vernon R. Proctor (#1019)
PROCTOR HEYMAN, LLP
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
Tel: (302) 472-7300

Steven J. Rosenberg (Pro Hac Vice)
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, IL 60604
Tel: (312) 362-0400

*Attorneys for Defendant Peter McDonnell*

5

/s/ J. Clayton Athey
J. Clayton Athey (#4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
(302) 888-6507 (direct)
(302) 658-8111 (fax)

Peter M. Stone (Pending admission Pro Hac Vice)
Panteha Abdollahi (Pending admission Pro Hac Vice)
PAUL HASTINGS LLP
1777 S. California Ave.
Palo Alto, CA  94304
Tel: (650) 320-1800
Fax: (650) 320-1943

*Attorneys for Defendant Joe DaMour*

SO ORDERED THIS ___ day of _____, 2014.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge