**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

RETIRED PARTNER
JOSEPH A. ROSENTHAL

June 15, 2017

**PUBLIC VERSION**

**VIA E-FILING**

The Honorable Sherry R. Fallon
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    **In re Fisker Automotive Holdings, Inc. Shareholder Litigation**
            **D. Del., Civil Action No. 1:13-CV-02100 (DBS-SRF)**

Dear Judge Fallon:

       The Department of Energy attached to its letter submission, filed in anticipation of today's discovery dispute teleconference, a letter from John T. Lucas to Kurt B. Olson dated April 12, 2017. For the sake of completeness, I have attached Mr. Olsen's April 18, 2017 responses to that letter.

                           Respectfully,

                           */s/ P. Bradford deLeeuw*

                           P. Bradford deLeeuw (#3569)

**All ccs by e-mail**
cc:    CM/ECF Service list
       Lisa Olson, Esq.