**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE FISKER AUTOMOTIVE HOLDINGS, INC. SHAREHOLDER LITIGATION | ) ) Civ. No. 13-2100-DBS-SRF ) ) |

**PLAINTIFFS' MOTION TO MODIFY THE COURT'S**
**ORDERS DOCKET NOS. 434, 459 & 466**

Plaintiffs Atlas Allocation Fund, L.P., Atlas Capital Management, L.P., CK Investments LLC, David W. Raisbeck, Hunse Investments, L.P., Southwell Partners, L.P., Sandor Master Capital Fund, John S. Lemak, Pinnacle Family Office Investments, L.P., Dane Andreeff, SAML Partners, Kenneth & Kimberly Roebbelen Revocable Trust of 2001, Brian Smith, PEAK6 Opportunities Fund L.L.C., 8888 Investments GmbH, MCP Fisker L.L.C., 12BF Global Investments, Ltd., and ASC Fisker L.L.C. (collectively "Plaintiffs"), by their counsel, hereby move this Court for an Order modifying the Court's previous Orders (D.I. 434, 459, 466) to allow Plaintiffs to resume discovery in full, or alternatively, to subpoena documents from and take the depositions of Thomas M. Fritz and Eric Weidner, and granting such other and further relief as the Court may deem just and proper. In support of this motion, Plaintiffs submit herewith an Opening Brief.

Dated: June 29, 2018

OF COUNSEL:

KLAFTER OLSEN & LESSER LLP
Kurt B. Olsen
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
(202) 261-3553
ko@klafterolsen.com

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ P. Bradford deLeeuw*
Norman M. Monhait (#1040)
P. Bradford deLeeuw (#3569)
919 Market Street, Suite 1401
Wilmington, Delaware  19801
(302) 656-4433
nmonhait@rmgglaw.com
bdeleeuw@rmgglaw.com
*Attorneys for Plaintiffs*

2

BERGER & MONTAGUE, P.C.
Todd S. Collins
Barbara A. Podell
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
tcollins@bm.net
bpodell@bm.net