## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FISKER AUTOMOTIVE HOLDINGS, INC. SHAREHOLDER LITIGATION | Civ. No. 13-2100-DBS-SRF |

### DEFENDANT KEITH DAUBENSPECK'S JOINDER IN STATEMENT IN SUPPORT OF DEFENDANTS KLEINER PERKINS CAUFIELD & BYERS LLC'S AND RAY LANE'S EMERGENCY MOTION TO MAINTAIN DEFENDANTS' CHOICE OF COUNSEL

Defendant Keith Daubenspeck hereby joins the Statement in Support of Defendants Kleiner Perkins Caufield & Byers LLC's and Ray Lane's Emergency Motion to Maintain Defendants' Choice of Counsel (D.I. 501), filed by Henrik Fisker on July 11, 2018.

Respectfully submitted,

*/s/ M. Duncan Grant*
M. Duncan Grant (DE Bar No. 2994)
Christopher B. Chuff (DE Bar No. 5729)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500
grantm@pepperlaw.com
chuffc@pepperlaw.com

Dated: July 11, 2018

*Attorneys for Defendant Keith Daubenspeck*