**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE FISKER AUTOMOTIVE HOLDINGS, INC. SHAREHOLDER LITIGATION | ) ) ) C.A. No. 13-2100-DBS-SRF ) ) **JURY TRIAL DEMANDED** ) ) **PUBLIC VERSION** ) ) |

**DEFENDANTS KLEINER PERKINS CAUFIELD & BYERS LLC'S AND RAY LANE'S
EMERGENCY MOTION TO MAINTAIN DEFENDANTS' CHOICE OF COUNSEL
AND REQUEST FOR EXPEDITED BRIEFING**

Brian C. Ralston (#3770)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
bralston@potteranderson.com
bpalapura@potteranderson.com

Dated: July 2, 2018
Public version dated: July 23, 2018
5857928/42892

*Attorneys for Defendants Kleiner Perkins
Caufield & Byers and Ray Lane*

Defendants Kleiner Perkins Caufield & Byers LLC ("Kleiner") and Ray Lane (with Kleiner, "Defendants") hereby move the Court to declare that their counsel, Michael Celio, soon to be joining the law firm of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), may continue to represent Defendants in this action over the objections of Plaintiff Atlas Capital Management, L.P. ("Atlas"), a present client of Gibson Dunn in unrelated matters.  In connection with its retention of Gibson Dunn, Atlas executed an engagement agreement, which prominently included a prospective waiver of conflicts for matters substantially unrelated to Gibson Dunn's representation of Atlas, including litigation matters adverse to Atlas.  Notwithstanding its consent to Gibson Dunn's representation of other clients in substantially-unrelated litigation adverse to Atlas, Atlas has raised an objection to Mr. Celio continuing as counsel to Defendants following his joining Gibson Dunn.  This motion is filed so that Defendants may have timely certainty as to whether their counsel of choice may continue to represent them in this litigation.

Additionally, Defendants respectfully move the Court to expedite briefing and consideration of this motion.  Mr. Celio has suspended all work on this case pending the Court's decision.  While this case has been partially stayed since February 2018, Plaintiffs recently moved to reopen discovery in full (D.I. 488).  Defendants now must respond to that motion without the aid of their primary litigation counsel, Mr. Celio.  The longer it is left uncertain about Mr. Celio's ability to represent Defendants in this litigation, the less time Defendants will have to seek new counsel and bring them up to speed on this now five-year-long litigation in the event Mr. Celio can no longer represent them.  There is further urgency in view of the possibility that the stay will be lifted and Defendants will require counsel to represent them as the case resumes. To that end, Defendants request that Atlas be ordered to filed its response by Friday, July 6,

2018.  The grounds for this motion are fully set forth in the accompanying Brief in Support and Declarations.

          POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
Brian C. Ralston (#3770)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
bralston@potteranderson.com
bpalapura@potteranderson.com

Dated:  July 2, 2018
Public version dated: July 23, 2018
5857928/42892

*Attorneys for Defendants Kleiner Perkins Caufield & Byers and Ray Lane*