IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE FISKER AUTOMOTIVE HOLDINGS, )    Civ. No. 13-2100-DBS-SRF
INC. SHAREHOLDER LITIGATION       )    **UNDER SEAL**

## ORDER

At Wilmington this **9th** day of **August, 2018**, the court having considered the parties' briefing and arguments on Plaintiffs' motion to compel discovery from the United States Department of Energy ("DOE") (D.I. 385; D.I. 398; D.I. 460; D.I. 465), and for the reasons set forth in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT the court will conduct an *in camera* review of one of the four documents in issue in the motion, and Plaintiffs' motion to compel is otherwise DENIED, without prejudice:

(1) Plaintiffs' motion to compel the deposition testimony of Michael Mates, Robert Donatucci, and Frances Nwachuku is DENIED, without prejudice;

(2) Plaintiffs' motion to compel DOE to produce a Rule 30(b)(6) witness is DENIED;

(3) Plaintiffs' motion to compel DOE with respect to Exhibits L and M is DENIED as moot, and with respect to Exhibit N is DENIED, for the court previously denied Plaintiffs' request and will not consider re-argument; and

(4) DOE shall produce to the court Exhibit K to D.I. 460, in unredacted form, for *in camera* review on or before **August 16, 2018**. The court shall issue a further order when the review is completed.

Sherry R. Fallon
United States Magistrate Judge