# EXHIBIT A







3