**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
WILMINGTON, DELAWARE 19801

JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

OF COUNSEL
NORMAN M. MONHAIT

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

RETIRED PARTNER
JOSEPH A. ROSENTHAL

October 23, 2018

**BY CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    <u>In re Fisker Automotive Holdings, Inc.
            Shareholder Litigation
            D. Del., Civil Action No. 1:13-CV-02100-CFC-SRF</u>

Dear Judge Connolly:

    On behalf of the parties, I submit herewith the parties' draft Scheduling Order. The draft reflects disagreement that the parties were unable to resolve with regard to paragraph 3.b.

    The draft Scheduling Order submitted herewith includes both Plaintiffs' proposed language for paragraph 3.b. and Defendants' proposed language.

    Plaintiffs respectfully request that both sides be permitted to submit to the Court, by Thursday October 25, 2018, a letter not to exceed two pages setting forth their positions. Defendants believe it is inappropriate for the parties to submit such letters, and that the Court made its views clear at the October 18 conference.

                                  Respectfully,

                                  */s/ P. Bradford deLeeuw*

                                  P. Bradford deLeeuw
                                  (Del. Bar #3569)

PBD:bjm
cc:    CM/ECF Service List