IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE FISKER AUTOMOTIVE HOLDINGS,  )     Civ. No. 13-2100-CFC
INC. SHAREHOLDER LITIGATION,       )

## ORDER

WHEREAS, the parties sent a letter to the Court on September 6, 2019,

informing the Court that they had reached an agreement in principle to resolve this

matter;

IT IS ORDERED that all pending motions[1] are denied without prejudice to

renew.

9·19·19
Date

United States District Judge

---

[1](D.I. 563, D.I. 569, D.I. 573, D.I. 575, D.I. 577, D.I. 580 and D.I. 598)